Adam P. Segal, Esq.
Nevada Bar No. 6120
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>BIG VALLEY PAINTING, INC., a/k/a NAVACO, INC., a Nevada corporation; CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:10-cv-01193-KJD-PAL<br><br>**ORDER FOR DEFAULT JUDGMENT AGAINST BIG VALLEY PAINTING INC., a/k/a NAVACO, INC.** |

Before the Court is Plaintiffs' Application for Default Judgment against Defendant Big Valley Painting, Inc., a/k/a Navaco, Inc. ("Big Valley"). Default has been entered against Big Valley, and the Court having reviewed the documents on file in this case and being fully advised:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against Big Valley in the amount of $16,369, representing delinquent contributions,

liquidated damages, interest, administrative fees, attorney fees and costs, costs to execute on the judgment and court costs to the Trust Funds.

DATED this 24 day of January, 2011.

UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Adam P. Segal
Adam P. Segal, Esq., Nevada Bar No. 6120
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

20052\266\1492818.1

2